John **L. LEWIS**, Henry G. Schmidt and Josephine Roche, as Trustees of the United Mine Workers of America Welfare and Retirement Fund, Appellants,

v.

Glen C. **KEPPLE** and Henry P. Jarvis, individually and Trading as J and K Coal Company, a partnership.

No. 13400.

United States Court of Appeals
Third Circuit.

Argued Jan. 27, 1961.

Decided March 23, 1961.

Alexander Unkovic, Pittsburgh, Pa. (Val J. Mitch, Charles L. Widman, Washington, D. C., William G. Boyle, Kountz, Fry & Meyer, Pittsburgh, Pa., on the brief), for appellants.

J. Lee Miller, Pittsburgh, Pa. (Harvey A. Miller, Jr., Miller & Miller, Pittsburgh, Pa., on the brief), for appellees.

Before BIGGS, Chief Judge, and McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

We have carefully reviewed the complex record in this case and have considered the arguments of the parties.

* Sitting by designation.

We find no error in the proceedings which would warrant reversal. See 1960, 185 F.Supp. 884. The judgment will be affirmed.